Opinion issued March 31, 2011








 

 

 

 



 









 








 

     

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00480-CV

____________

 

AMERICAN STATES INSURANCE COMPANY, Appellant

 

V.

 

DUNCAN M. HARRISON, JR. D/B/A PAVECO ASPHALT PAVING
AND J. W. NELSON TRANSPORTS, INC. D/B/A GROENDYKE, Appellees

 

 

 



On Appeal from the 125th District Court 

Harris County, Texas

Trial Court Cause No. 2008–16461

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed March 8, 2010.  On December 13, 2010, the parties filed a
joint motion to dismiss the appeal indicating all matters of controversy and
issues in dispute had been resolved.  See Tex.
R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Bland and Brown.